John V. GOUGH, Jr., Plaintiff–
Appellant,

v.

CALVERT COUNTY DETENTION CENTER; Misty Bell; Captain Kevin Cross; Ann Ueno; Physician's Assistant; Guard; Guard, Defendants–Appellees,

and

Captain Cook; Ms. Ann C.,
Psychiatrist, Defendants.

No. 16-7155

United States Court of Appeals,
Fourth Circuit.

Submitted: October 13, 2016

Decided: October 18, 2016

John V. Gough, Jr., Appellant Pro Se. Daniel Karp, Sandra Diana Lee, Karpinski, Colaresi & Karp, PA, Baltimore, Maryland; Megan Green Anderson, Eric Matthew Rigatuso, Eccleston & Wolf, PC, Hanover, Maryland; Christopher Kent Mangold, Law Office of Anthony D. Dwyer, Lutherville–Timonium, Maryland, for Appellees.

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John V. Gough, Jr., seeks to appeal the district court's order granting Appellees' motions for summary judgment on his civil rights complaint. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214, 127 S.Ct. 2360, 168 L.Ed.2d 96 (2007).

The district court's order was entered on the docket on June 8, 2016.* The notice of appeal was filed on August 25, 2016.

* Gough's notice of appeal incorrectly identifies April 7, 2016, as the date that the judgment

Because Gough failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED